Peter R. Afrasiabi, Esq. (Bar No. 193336)
   pafrasiabi@onellp.com
Christopher W. Arledge, Esq. (Bar. No. 200767)
   carledge@onellp.com
John Tehranian, Esq. (Bar No. 211616)
   jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Plaintiff
MESA GARAGE DOORS a dba of DCE CONSTRUCTION, INC.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MESA GARAGE DOORS a dba of DCE CONSTRUCTION, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>1800CONTRACTOR, a business form unknown; IMPROVENET, INC., a Delaware corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV 10-1351 JST (RNBx)<br><br>**ORDER ON DISMISSAL** |

IT IS SO ORDERED.

    All claims or causes of action asserted in this suit between Plaintiff, Mesa Garage Doors, a dba of DCE Construction, Inc., and Defendants, 1800Contractor and ImproveNet, Inc., are hereby dismissed with prejudice.

1
**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

It is further ordered that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated:  March 25, 2011

**<u>JOSEPHINE STATON TUCKER</u>**
Hon. Josephine Staton Tucker
United States District Judge